IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) PRUITTHEALTH – RALEIGH, LLC ) ) Defendant. ) ) | Civil Action No. 5:18-cv-00165-D<br><br>ORDER FOR STAY AND EXTENSIONS |

Upon Motion of the Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that due to a lapse in appropriations for the EEOC at midnight on December 21, 2018, the litigation of this matter shall be **STAYED** until the EEOC's funding is restored and all pending deadlines in this matter will be extended for the same number of days as the EEOC's lapse in funding.

SO ORDERED. This **28** day of December, 2018.

_____
JAMES C. DEVER III
United States District Judge